MORGAN, LEWIS & BOCKIUS LLP
PAUL A. ZEVNIK, State Bar No. 75343
JEFFREY S. RASKIN, State Bar No. 169096
PETER F. McAWEENEY, State Bar No. 148245
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel:   415.442.1000
Fax:   415.442.1001
E-mail:  pzevnik@morganlewis.com
         jraskin@morganlewis.com
         pmcaweeney@morganlewis.com

Attorneys for Plaintiffs
D. CUMMINS CORPORATION and D. CUMMINS HOLDING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D. CUMMINS CORPORATION, formerly known as VALLEY ASBESTOS COMPANY, a California corporation, and D. CUMMINS HOLDING LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FIDELITY AND GUARANTY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DOES 1-100,<br><br>Defendants. | Case No. 3:14-cv-00935-SC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING DATES**<br><br>[28 U.S.C. § 1147]<br><br>Courtroom:    1, 17th Floor<br>Judge:        Hon. Samuel Conti<br><br>Date of Filing: January 23, 2014<br>Trial Date:    Not Yet Set |

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

Case No. 3:14-cv-00935-SC                                           STIPULATED REQUEST FOR ORDER
                                                                    CHANGING DATES; ORDER
DB2/ 25075319.1

1   Plaintiffs D. Cummins Corporation and D. Cummins Holding LLC ("D. Cummins") and
2  Defendants United State Fidelity and Guaranty Company ("USF&G") and United State Fire
3  Insurance Company ("U.S. Fire") (collectively "the Parties"), by and through their respective
4  undersigned attorneys of record, do hereby make the following Stipulated Request for Order
5  Changing Dates ("Stipulated Request").
6   On March 25, 2014, the Court issued a Clerk's Notice Scheduling Case Management
7  Conference on Reassignment, setting an Initial Case Management Conference in this case for
8  June 20, 2014. The setting of the Initial Case Management Conference triggered certain pre-June
9  20, 2014 reporting and disclosure requirements and deadlines for the Parties under the Federal
10 Rules of Civil Procedure and the Court's Local Rules.
11  On March 31, 2014, D. Cummins filed a Motion for Remand requesting the Court to
12 remand this case to state court. USF&G and U.S. Fire have opposed that motion. The hearing on
13 the Motion for Remand is set for May 30, 2014. If the Motion for Remand is granted by the
14 Court, the case will be remanded to state court and the above-referenced reporting and disclosure
15 requirements and deadlines will be rendered moot.
16  The Parties seek to avoid the potentially unnecessary expenditure of resources in
17 complying with the above-referenced reporting and disclosure requirements and deadlines in the
18 event this case is remanded to state court. The Parties therefore request that the Court defer the
19 Initial Case Management Conference, along with all related reporting and disclosure requirements
20 and deadlines, for at least 30 days, and reschedule the Initial Case Management Conference for
21 late July or later. This will give the Parties sufficient time to comply with the reporting and
22 disclosure requirements and deadlines in the event the Motion for Remand is denied, but will also
23 //
24 //
25 //
26 //
27 //
28 //

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:14-cv-00935-SC
DB2/ 25075319.1

1

STIPULATED REQUEST FOR ORDER
CHANGING DATES; ORDER

1  prevent the unnecessary expenditure of resources by the Parties in the event the Motion for
2  Remand is granted.
3       SO STIPULATED.

Dated: May 9, 2014                    MORGAN, LEWIS & BOCKIUS LLP
                                      PETER F. McAWEENEY

                                      By  /s/ Peter F. McAweeney
                                          PETER F. McAWEENEY
                                          Attorneys for Plaintiffs
                                          D. CUMMINS CORPORATION and D.
                                          CUMMINS HOLDING LLC

Dated: May 9, 2014                    NICOLAIDES FINK THORPE
                                      MICHAELIDES SULLIVAN LLP
                                      SARA M. THORPE

                                      By  /s/ Sara M. Thorpe
                                          SARA M. THORPE
                                          Attorneys for Defendant
                                          UNITED STATE FIRE INSURANCE
                                          COMPANY

Dated: May 9, 2014                    DENTONS US LLP
                                      SUSAN MICHELE WALKER

                                      By  /s/ Susan Michele Walker
                                          SUSAN MICHELE WALKER
                                          Attorneys for Defendant
                                          UNITED STATE FIDELITY AND
                                          GUARANTY COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS FOLLOWS:

The Initial Case Management Conference is rescheduled for __Aug. 8__, 2014, and all related reporting and disclosure requirements and deadlines under the Federal Rules of Civil Procedure and the Court's Local Rules are adjusted accordingly.

Dated: 05/12/2014

                                      Honorable
                                      United States District Court
                                      *Judge Samuel Conti*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:14-cv-00935-SC
DB2/ 25075319.1

2

STIPULATED REQUEST FOR ORDER CHANGING DATES; ORDER